IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN FRANKLIN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-00135 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| ENOCH GEORGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file, the Clerk of Court mailed copies of the Order setting a status conference to Plaintiff John Franklin Moore on October 29, 2014. (Docket Entry No. 25). The Court was subsequently informed that Plaintiff is no longer incarcerated at the facility listed in his most recent Notice of Change of Address.

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new address or refused to claim mailings from the Court, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, given the age of this action, the claims of Plaintiff Moore are **DISMISSED with prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 5th day of December, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge